IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRENCE LAMONT LEE,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **GEORGE PATRICK, et al.,** | : | **No. 07-364** |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 5th day of November, 2007, upon consideration of the Petition for Writ of *Habeas Corpus* filed by Terrence Lamont Lee (Docket No. 1), the response thereto (Docket No. 6), and the Report and Recommendation filed by Magistrate Judge M. Faith Angell (Docket No. 8), to which no objections were filed, **IT IS ORDERED** that:

1. The Report and Recommendation (Docket No. 8) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* (Docket No. 1) is **DISMISSED AS TIME-BARRED**, and the relief requested therein is **DENIED**;

3. There is no probable cause to issue a Certificate of Appealability; and

4. The Clerk of the Court is instructed to mark this case as **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE